UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BENN LAM,

                       Plaintiff,

                   JUDGMENT
                   19-CV-5107 (AMD)

                -against-

WILLIAM BARR, Attorney General of the
United States; KEVIN MCALEENAN, Acting Secretary,
Department of Homeland Security;
KENNETH CUCCINELLI, Acting Director,
U.S. Citizenship and Immigration Services;
DONALD NEUFELD, Associate Director for
Service Center Operations, U.S. Citizenship and
Immigration Services, LEE BOWES, Acting District
Director, U.S. Citizenship and Immigration Services,
New York,

                       Defendants.
------------------------------------------------------------ X

      An Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on December 12, 2019, dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees; it is

      ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, NY                                        Douglas C. Palmer
December 13, 2019                                       Clerk of Court

                                              By:    /s/*Jalitza Poveda*
                                                       Deputy Clerk